**DISMISSED and Opinion Filed February 5, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00968-CV**

**SRINIVAS "SINU" POHAR, Appellant**
**V.**
**KISHAN DHONDI, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03470-2018**

# MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Before the Court is appellant's January 31, 2020 motion to dismiss the appeal in which he states he has paid the judgment in full and no longer wishes to pursue the appeal. We grant the motion and dismiss the appeal.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190968F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SRINIVAS "SINU" POHAR, Appellant

No. 05-19-00968-CV     V.

KISHAN DHONDI, Appellee

On Appeal from the 429th Judicial District Court, Collin County, Texas
Trial Court Cause No. 429-03470-2018.
Opinion delivered by Chief Justice Burns, Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee KISHAN DHONDI recover his costs of this appeal, if any, from appellant SRINIVAS "SINU" POHAR.

Judgment entered February 5, 2020